AO 106 (Rev. 04/10) Application for a Search Warrant

FILED          ENTERED
LODGED         RECEIVED

JUL 31 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No.  MJ18-068 |
| A Facebook account, identified as account 100003841782510 | ) |
| | ) |

## AMENDED APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A, attached hereto and incorporated by reference.

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B, attached hereto and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex Trafficking of a Minor or Sex Trafficking through Force, Fraud and Coercion |
| 18 U.S.C. § 1594 | Conspiracy to Engage in Sex Trafficking of a Minor or Force, Fraud and Coercion |
| 18 U.S.C. § 1956 | Laundering of Monetary Instruments |

The application is based on these facts:

See Affidavit of FBI Special Agent Steven Vienneau, attached hereto and incorported herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Steven Vienneau, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 31, 2018

_____
*Judge's signature*

City and state:  Seattle, Washington

Chief United States District Judge Ricardo S. Martinez
*Printed name and title*

## ATTACHMENT A

## ACCOUNTS TO BE SEARCHED

This warrant applies to information associated with the Facebook user Facebook account 100003841782510( "SUBJECT ACCOUNT") that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

VIENNEAU AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 4

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B

## I.    Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each SUBJECT ACCOUNT listed in Attachment A:

a.    All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

b.    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c.    All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

d.    All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

e.    All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

f.    All "check ins" and other location information;

g.    All IP logs, including all records of the IP addresses that logged into the account;

VIENNEAU AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 5

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

h.  All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

i.  All past and present lists of friends created by the account;

j.  All records of Facebook searches performed by the account;

k.  The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

l.  All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

m.  All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

n.  A list of any accounts linked to the SUBJECT ACCOUNT by machine cookie.

## II.  Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of Title 18, United States Code, Section 1591 (Sex Trafficking of a Juvenile or Through Force, Fraud, and Coercion); Title 18, United States Code, Section 1594(b) (Conspiracy to Engage in Sex Trafficking of a Juvenile or Through Force, Fraud, and Coercion), and Title 18, United States Code, Section 1956 (Laundering of Monetary Instruments) , occurring between October 2011 and February 2017, including the following:

a.  Evidence that AUBREY TAYLOR or his co-conspirators are involved in prostitution, sex trafficking, money laundering, or witness intimidation or witness tampering;

b.  Evidence regarding the proceeds of the enumerated offense

VIENNEAU AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 6

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c.   IP log evidence, including all records of the IP addresses that logged into the account, and the dates and times such logins occurred, suggesting that AUBREY TAYLOR traveled within or outside the Western District of Washington to conduct prostitution or sex trafficking;

d.   Evidence suggesting that AUBREY TAYLOR or his conconspirators traveled within or outside the Western District of Washington to conduct prostitution or sex trafficking;

e.   Evidence that AUBREY TAYLOR or his co-conspirators used Facebook to recruit individuals to prostitute for him, or to intimidate or tamper with victims or potential witnesses;

f.   Evidence of the identities of and relationships between co-conspirators;

g.   Evidence of who uses or accesses the subject account or who exercises in any way any dominion or control over the account;

h.   Evidence of who communicated with the SUBJECT ACCOUNT, including records about their identities and whereabouts.

i.   Log records, including IP address captures, associated with the specified account;

j.   Subscriber records associated with the specified accounts, including 1) names, email addresses, and screen names; 2) physical addresses; 3) records of session times and durations; 4) length of service (including start date) and types of services utilized; 5) telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address such as internet protocol address, media access card addresses, or any other unique device identifiers recorded by Google in relation to the accounts; 6) account log files (login IP address, account activation IP addresses, and IP address history); 7) detailed billing records/logs; 8) means and source of payment; and 9) lists of all related accounts;

k.   Records of communications between Facebook and any person purporting to be the account holder about issues relating to the accounts, such as technical problems,

VIENNEAU AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 7

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

billing inquiries, or complaints from other users about the specified account.  This to include records of contacts between the subscriber and the provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communications.

l.       Information identifying accounts that are linked or associated with the SUBJECT ACCOUNT.

VIENNEAU AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 8

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# AFFIDAVIT OF STEVEN J. VIENNEAU

STATE OF WASHINGTON      )
                         )      ss
COUNTY OF KING           )

I, Steven J. Vienneau, a Special Agent with the Federal Bureau of Investigation, Seattle, Washington, having been duly sworn, state as follows:

1.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since January 2004. During my career as a FBI Special Agent, I have participated in a wide variety of criminal investigations, including organized crime, bank robbery, fugitive investigations, drug/weapons conspiracy, child pornography, child abductions, child sex trafficking, and other federal violations. I have participated in the execution of search warrants involving searches and seizures of computer equipment, business records, drugs, weapons, and contraband.

2.      I am submitting this Affidavit in support of my request to correct a scrivener's error contained in the Search Warrant, and supporting Affidavit, signed on February 16, 2018 by the Honorable Mary Alice Theiler authorizing the search of a Facebook account belonging to AUBREY TAYLOR for evidence, fruits, and instrumentalities of the crime of Sex Trafficking of a Juvenile or through Force, Fraud, and Coercion, in violation of Title 18, United States Code, Section 1591 (hereinafter referred to as "the February 16, 2018 Search Warrant"). This Warrant, including an Affidavit signed and sworn by FBI Special Agent Sara Blond on that date, is attached hereto as Exhibit 1 and incorporated herein by reference.

3.      On February 21, 2018, Special Agent Blond served Facebook with the February 16, 2018 Search Warrant. Upon doing so, Special Agent Blond learned that the numerical identifier for the Facebook account belonging to AUBREY TAYLOR that was listed on the warrant and accompanying paperwork had been mistyped and was missing a

VIENNEAU AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   zero.  The purpose of this application is to correct the scrivener's error on the February

2   16, 2018 Search Warrant and to seek a warrant authorizing the search of Facebook

3   account 100003841782510 belonging to AUBREY TAYLOR (hereinafter the

4   "SUBJECT ACCOUNT") for evidence, fruits, and instrumentalities of the crime of Sex

5   Trafficking of a Juvenile or through Force, Fraud, and Coercion, in violation of Title 18,

6   United States Code, Section 1591.

7        4.     Based on my training and experience, and the facts set forth in the Affidavit

8   included in Exhibit 1, I believe there is probable cause that evidence, fruits, and

9   instrumentalities of violations of Title 18, United States Code, Section 1591 (Sex

10  Trafficking of Minors or through Force, Fraud, and Coercion) will be found in the

11  SUBJECT ACCOUNT, as more fully described in Attachment A to this Affidavit.  I

12  therefore request that the Court issue the corrected search warrant.  This Court has

13  jurisdiction to issue the requested warrant because it is "a court of competent

14  jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) &

15  (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that - has

16  jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).  Pursuant to

17  18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the

18  service or execution of this warrant.  Accordingly, by this Affidavit and Warrant I seek

19  authority for the government to search all of the items specified in Section I, Attachment

20  //

21  //

22

23

24

25

26

27

28

VIENNEAU AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  B to the Warrant, and specifically to seize all of the data, documents and records that are

2  identified in Section II to that same Attachment.

3

4  Dated this 31st day of July, 2018.

5

6  Steven Vienneau, Affiant

7  Special Agent
   Federal Bureau of Investigation

8

9  SUBSCRIBED and SWORN to before me this 31 day of July,

10 2018.

11

12

13 RICARDO S. MARTINEZ
   Chief United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VIENNEAU AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 3

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Exhibit 1

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of California

*CERTIFIED TRUE COPY*
*ATTEST: WILLIAM M. McCOOL*
*Clerk, U.S. District Court*
*Western District of Washington*
*By Emily Neb*
*Deputy Clerk*

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  MJ18 - 068 |
| A Facebook account, identified as account 10003841782510 | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____March 2, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __any U.S. Magistrate Judge in West. Dist. of Washington__ .
                                                                                    *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: **Feb 16, 2018  11:17 Am**              _signature_
                                                                                    *Judge's signature*

City and state:     **Seattle, Washington**              **Mary Alice Theiler, United States Magistrate Judge**
                                                                                    *Printed name and title*

USAO #2015R01233

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## **ATTACHMENT A**

## **ACCOUNTS TO BE SEARCHED**

This warrant applies to information associated with the Facebook user Facebook account 10003841782510 ( "SUBJECT ACCOUNT") that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

## ATTACHMENT B

### I.  Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each SUBJECT ACCOUNT listed in Attachment A:

a.     All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

b.     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c.     All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

d.     All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

e.     All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

f.     All "check ins" and other location information;

g.      All IP logs, including all records of the IP addresses that logged into the account;

h.      All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

i.      All past and present lists of friends created by the account;

j.      All records of Facebook searches performed by the account;

k.      The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

l.      All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

m.      All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

n.      A list of any accounts linked to the SUBJECT ACCOUNT by machine cookie.

## II.      Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of Title 18, United States Code, Section 1591 (Sex Trafficking of a Juvenile or Through Force, Fraud, and Coercion), including the following:

a.      Any and all Wall Posts, Timeline Posts, private messages, status updates, chat history, friend requests, or other information suggesting that AUBREY TAYLOR is involved in prostitution, sex trafficking, or witness intimidation or witness tampering;

b.      Any and all photographs, including photographs posted by AUBREY TAYLOR or by other persons, suggesting that AUBREY TAYLOR is involved in prostitution, sex trafficking, or witness intimidation or witness tampering;

c.      Any and all IP logs, including all records of the IP addresses that logged into the account, and the dates and times such logins occurred, suggesting that AUBREY TAYLOR traveled within or outside the Western District of Washington to conduct prostitution or sex trafficking;

d.      Any and all photographs, including photographs posted by AUBREY TAYLOR or by other persons, suggesting that AUBREY TAYLOR traveled within or outside the Western District of Washington to conduct prostitution or sex trafficking; and

e.      Any and all Wall Posts, Timeline posts, private messages, status updates, chat history, friend requests, or other information, and any and all photographs, including photographs posted by AUBREY TAYLOR or other persons, suggesting that AUBREY TAYLOR used Facebook to recruit individuals to prostitute for him, or to intimidate or tamper with victims or potential witnesses; and

f.      Records relating to who created, used, or communicated with the SUBJECT ACCOUNT, including records about their identities and whereabouts.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
# RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, and my official title is _____. I am a custodian of records for Facebook. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

     a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

     b.    such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

     c.    such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

AO 106 (Rev. 04/10) Application for a Search Warrant

FILED
LODGED
ENTERED

FEB 16 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington
By
Emily Nno
Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

A Facebook account, identified as
account 10003841782510

)
)
)
)
)

Case No.  MJ18-068

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated by reference.

located in the _____**Northern**_____ District of _____**California**_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex Trafficking of a Minor or Sex Trafficking through Force, Fraud and Coercion |

The application is based on these facts:

See Affidavit of FBI Special Agent Sara Blond, attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

**Sara Blond, Special Agent, FBI**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____**02/16/2018**_____

_____
*Judge's signature*

City and state:  **Seattle, Washington**

**Mary Alice Theiler, United States Magistrate Judge**
*Printed name and title*

USAO #2015R01233

# AFFIDAVIT OF SARA K. BLOND

STATE OF WASHINGTON )
)   ss
COUNTY OF KING )

I, Sara K. Blond, a Special Agent with the Federal Bureau of Investigation, Seattle, Washington, having been duly sworn, state as follows:

## AFFIANT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Seattle Division.  I have been employed as an FBI Special Agent since 2009.  I am responsible for investigations involving Violent Crimes Against Children, which includes sex trafficking of minors, occurring in the Western District of Washington.

2.      My duties as a Special Agent include the enforcement of federal criminal statutes involving the sexual exploitation of children pursuant to Title 18, United States Code, Sections 2251 through 2259, and Sections 1591 through 1592.  While employed by the FBI, I have led numerous investigations in conjunction with the FBI's Innocent Images National Initiative and the FBI's Innocence Lost National Initiative.  I have received specialized training in the area of the production, importation, and distribution of child pornography, and have had the opportunity to observe and review thousands of examples of child pornography in many forms of media, including video and computer media.  I have also received specialized training relative to sex trafficking of minors, which includes the cycle of enticement, recruitment, and coercion of children by sex traffickers.  I have participated in the execution of many search warrants involving child exploitation and/or child pornography offenses and the search and seizure of computers and other digital devices.  Further, I have served as the affiant on numerous search warrants and complaints relating to child exploitation investigations.

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.     The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

## INTRODUCTION AND PURPOSE OF AFFIDAVIT

4.     I am submitting this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant for **Facebook account 10003841782510** (hereafter referenced as "SUBJECT ACCOUNT").

5.     The above Facebook user ID identify a Facebook account stored at premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

6.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, FBI computer scientists, other law enforcement personnel, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Code, Section 1591 (Sex Trafficking of a Juvenile or Through Force, Fraud, and Coercion) have been committed by known and unknown persons. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes, as described in Attachment B.

## SUMMARY OF PROBABLE CAUSE

8.      On or about October 19, 2014, a seventeen-year-old female, hereinafter referred to as Juvenile Female 1 (JF1), was reported as a missing juvenile to the Bellingham Police Department. During the subsequent police investigation, investigators learned that JF1 had sent text messages to her sister indicating that she was being held against her will. JF1's family provided screenshots of text messages to the Bellingham Police Department, including a text from JF1 in which she stated: "Someone will find me hopefully. Raped, beaten. And working my job." Law enforcement officers learned that the Internet Protocol (IP) address used to send the messages resolved to the LaQuinta Inn in Wenatchee, Washington.

9.      On October 30, 2014, Wenatchee Police Department officers located JF1 at the LaQuinta Inn in Wenatchee. JF1 was in the company of an adult female, identified as A.M. At the time, the motel clerk told investigators that JF1 had been seen the previous day with a black male. Law enforcement officers learned that A.M. had been contacted a week earlier at another Wenatchee area motel after the hotel clerk reported suspicious activity and a high number of visitors to a hotel room rented to TAYLOR. Wenatchee Police Department officers questioned JF1, who at that time denied being held against her will or being forced into sex trafficking. She also was asked about the text messages she had sent, and said she had been held against her will in Bellingham when she initially ran away, but she had gotten away and was now just hanging out with friends.

10.     JF1 was subsequently interviewed on several different occasions by law enforcement. During these interviews, she provided the following information: JF1

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 3

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  advised that earlier that month, she was in Seattle when she was approached by a black
2  male who identified himself as "La'Sear" and "C-Note." JF1 described "C-Note" as a
3  twenty-five-year old black male who drove an old white police car with blue rims.
4  "C-Note" and JF1 spent the night together at a motel in Kent, Washington. The
5  following day, "C-Note" told JF1 that he was ready for her to make money for him.
6  When JF1 asked how, he told her he was going to send her with his brother to make
7  money. JF1 was later shown a photo montage and positively identified CARL TAYLOR
8  as the subject she knew as "C-Note."

9          11.     JF1 said that CARL TAYLOR then introduced her to his brother, whom he
10  called "Uno," and Uno's girlfriend. JF1 described "Uno" as a twenty-eight year old
11  black male and believed his true name to be TAYLOR. She described "Uno's" girlfriend
12  as a twenty-three year heavy set white female, with blonde hair, who uses the fictitious
13  name "Sydney" in her online escort advertisements. JF1 was later shown photo montages
14  and identified AUBREY TAYLOR (hereinafter "TAYLOR") as the subject she knew as
15  "Uno," and A.M. as "Uno's" girlfriend.

16          12.     JF1 stated that after CARL TAYLOR introduced her to TAYLOR and
17  A.M., he instructed JF1 to get in the car with them.   TAYLOR and A.M. drove JF1 to
18  Wenatchee, stopping to purchase a forty-pack of condoms before renting a hotel room.
19  During this trip to Wenatchee, when A.M. was driving the car, TAYLOR got in the back
20  seat of the car with JF1 and told her that she had to perform oral sex on him. JF1
21  protested and said that she did not want to do that. TAYLOR told her that she needed to
22  do it, and he grabbed her head and forced her to perform oral sex.

23          13.     Upon arriving in Wenatchee, TAYLOR, A.M., and JF1 spent the night in a
24  hotel room. The next day, A.M. created prostitution advertisements for JF1 on the
25  website Backpage.com and asked JF1 what she wanted her "name" to be. By way of
26  background, the website Backpage.com is an Internet-based website featuring classified
27  advertising. At the time of the investigation, Backpage.com's adult entertainment section

1   contained advertising for prostitution-related services.  The website contained listings
2   that are explicitly for sex.

3       14.     JF1 was not familiar with the website Backpage.com and still did not
4   understand how she was going to make money, but chose the name "Lydia."  A.M. used
5   fake photographs from the Internet to create a prostitution advertisement for JF1 using
6   the name "Lydia."  Accordingly to JF1, once A.M.'s advertisement was posted to the
7   Backpage.com website, TAYLOR and A.M. began receiving calls and text messages on
8   their cellular telephones.  A.M. soon informed JF1 that she had a "date."  JF1 was
9   confused because she did not know anyone in the area and did not understand what A.M.
10  meant when she said she was going on a "date."  Both TAYLOR and A.M. told JF1 that
11  she was going to earn money by going on "dates" and people would pay her to have sex.
12  A.M. further explained to JF1 that working as a prostitute would show CARL TAYLOR
13  she loved him.  TAYLOR and A.M. instructed JF1 on what to do with the customers,
14  how much money to charge them, and the rules she had to follow, including always
15  wearing a condom.   After the prostitution "date," JF1 was required to immediately give
16  her earnings to TAYLOR or A.M.  According to JF1, A.M. communicated with the
17  potential customers and told JF1 when a customer would be arriving at the motel room.

18      15.     JF1 estimated performing sex acts in exchange for money with between
19  fifteen and twenty male clients.  JF1 told investigators there were many "back-to-back"
20  dates in which there was no break between customers.  JF1 told the investigators she
21  often went two days without sleep, and did not eat for an entire day on several occasions
22  due to the volume of customers.  JF1 did not get to keep any of the money she earned
23  from commercial sex acts but was required to give all of her earnings to TAYLOR or
24  A.M.  During this time, A.M. also engaged in prostitution, using the name "Sydney," on
25  her Backpage.com advertisements.  According to JF1, TAYLOR did not allow A.M. to
26  keep any of her commercial sex earnings because he was A.M.'s pimp.

27

28  BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
    UNITED STATES v. TAYLOR/CR16-300 RSL - 5

16.    JF1 reported an incident in which TAYLOR was contacted by law enforcement at a hotel.  TAYLOR was asked about the traffic to and from his motel room, drugs, and the female he was with.  JF1 said that after this incident, she, TAYLOR, and A.M. traveled to Tri-Cities area before returning to Seattle.  I am aware from reviewing law enforcement reports that on October 23, 2014, law enforcement officers responded to the Best Western in Wenatchee after an employee reported suspected drug activity in TAYLOR'S room.  Both TAYLOR and A.M. were contacted by officers during this incident.

17.    JF1 said that upon returning from Seattle, TAYLOR and A.M. dropped JF1 off with CARL TAYLOR.  JF1 stayed with CARL TAYLOR at the Kent motel.  The following day, JF1 returned to Wenatchee with A.M. to continue earning money through prostitution.  TAYLOR stayed at a motel in Kent, Washington, and later met up with A.M. and JF1 in Wenatchee.

18.    Based upon the information provided by JF1, law enforcement officers located prostitution advertisements on Backpage.com that had been posted in October 2014 for someone named "Lydia."  The advertisements featured photographs consistent with the descriptions provided by JF1.  The first advertisement was posted in Backpage.com's adult services section for Wenatchee, Washington, on October 22, 2014 at 12:33 a.m.  Advertisements were then posted on Backpage.com for the Tri-Cities area, and then for Seattle, before being posted for Wenatchee.  The final advertisement was posted for Wenatchee on October 30, 2014, the same day JF1 was located by law enforcement in Wenatchee.  Law enforcement officers also located advertisements featuring a photograph of A.M. under the name "Sydney."  These ads were consistent with the "Lydia" advertisements and the travels described by JF1.  Advertisements featuring a photograph of A.M were posted on Backpage.com's adult services section for Wenatchee on October 21 and 22, 2014.  The next advertisement was posted for the Tri-Cities area on October 23, after the above-mentioned law enforcement contact in

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 6

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Wenatchee.  Advertisements for A.M. were then posted for Backpage.com's Seattle
2  board on October 25 and 26 and then on the Wenatchee board from October 27 through
3  October 30.  Following JF1's recovery on October 30, the next advertisement for A.M.
4  was posted on November 1, 2014, in Backpage.com's adult services section for the Tri-
5  Cities.
6      19.   In November 2014, law enforcement located a Facebook profile with the
7  user name listed as "Aubrey Taylor."  Your affiant has reviewed screenshots, taken in
8  November 2014, from this publicly accessible Facebook profile.  The profile photograph
9  depicts TAYLOR.  There are several postings associated with this profile, which state
10  and display the following:
11      a.   A montage of photographs depicting hotel room furniture, with the
12  text, "IF SHE TAKES SELFIES IN ANY OF THE FOLLOWING, SHE SELLS
13  PUSSY."  TAYLOR added the caption, "Ok this my last one of the morning, to you
14  square ass niggas this post can be the difference between you knocking a bitch who is
15  really feeling you oppose to a bitch who is out to peel your muffin cap back lmpao."  It is
16  known to me that a "knock" is a pimp who takes a female prostitute from another pimp,
17  and the phrase "lmpao" is an abbreviation for "laughing my pimp ass off."
18      b.   A photograph of a news anchor with the text, "That nigga you with
19  is not a pimp!  Boyfriends everywhere are lying to these hoes!"  TAYLOR added the
20  caption, "Lmpao this was the breaking news on a real ones news channel this morning."
21  I am aware, based upon my training and experience, that the word "hoes" is a colloquial
22  reference to prostitute.
23      c.   A photograph of a black male wearing a striped polo shirt, using his
24  cellular phone, with the text, "How simpin look when he already gave up the dick and the
25  bitch ain't been answering the phone to get down."  TAYLOR added the caption, "Good
26  morning to all the Simps fuckin up the game for a real one….."  It is known to me that
27
28  BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
    UNITED STATES v. TAYLOR/CR16-300 RSL - 7

1   "simp" is slang for a man perceived to be subservient to woman, and a "real one" is slang

2   for a pimp.

3         d.     A montage of photographs of TAYLOR, as well as a female

4   subsequently identified as D.K., described in greater detail below, titled: "I'll sell a f*ck

5   before I give one."

6         e.    On June 1, 2014, "Aubrey Taylor" commented "I swear to god my

7   nigga Sea Daddie be in hot pursuit of a prostitute 7 days a week and twice as much on

8   Sunday just like me lmpao. I'm at these hoes in person, through third party, internet,

9   telephone, smoke signals and satellite I don't give a fuck I trying to keep myself in the

10   position to be chosen . . ." Based upon my knowledge and experience investigating sex

11   trafficking cases, I interpret this comment to indicate that "Aubrey Taylor" is using many

12   different methods to recruit and be "chosen" by prostitutes by many different methods,

13   including other people, the internet, and phone conversations.

14         f.     On June 14, 2014, "Aubrey Taylor" posted on his wall a meme from

15   www.pimpthoughts.biz that stated "My old hoes be like . . . damn he got back on his feet

16   and doin good. I shudda stayed down wit him." "Aubrey Taylor" then commented on

17   this post, stating "I should put you bitches on blast."

18      20.     In October 2015, law enforcement officers participating in a multi-agency

19   operation located a prostitution advertisement on Backpage.com for someone who

20   identified herself as "Syd." Undercover officers called the number listed on the

21   advertisement and made contact with "Syd." "Syd" agreed to meet at a local hotel in

22   Issaquah, Washington. A.M. came to the hotel in response to the undercover officer's

23   call and was arrested after making an offer and agreement with the undercover officer to

24   perform sex in exchange for cash.

25      21.     After using a law enforcement database, law enforcement learned about the

26   October 2014 incident in Wenatchee involving A.M., TAYLOR, and JF1, law

27   enforcement interviewed A.M. In response to questions from law enforcement, A.M.

28   

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 8

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   stated that she and TAYLOR have been together "on and off" since 2011. A.M. said that
2   she and TAYLOR are no longer together but continue to communicate by telephone.
3   When asked about JF1, A.M. referred to JF1 as a "bitch" and said that JF1 had lied to her
4   [A.M.] about her age.

5         22.    A.M. consented to a download search of her cellular telephone. A review
6   of A.M.'s cell phone download revealed that JF1 was listed in A.M.'s contacts by first
7   and last name. The cell phone number listed on JF1's Backpage.com advertisements was
8   listed in the contacts under the name "Tashiana." Law enforcement had received
9   information that a woman with the first name Tashiana was the mother of AUBREY'S
10   TAYLOR'S child. A search of the cell phone also revealed numerous contacts
11   referencing the name "Lydia," along with dollar amounts and descriptions or details of
12   suspected customers. The contacts also used "Wen," which is a potential abbreviation
13   for Wenatchee. Several examples of these contacts are as follows: "$400 Lydia Wen 2
14   Whole Hrs," "$100 Lydia Wen Come Back 4 More," "$80 Lydia Wen Mexi Behind
15   Car," and "$500 Lydia Wen Australia." Your affiant aware, based upon my training and
16   experience, that these types of notations and contact information are consistent with the
17   way that prostitutes and pimps keep track of commercial sex customers, their phone
18   numbers, and other information, to include race, sexual acts or fetishes, dollar amounts,
19   location and employment. Other contacts had similar titles for "Syd," which is an
20   abbreviation for Sydney.

21         23.    A.M.'s cellular telephone had three contacts for TAYLOR. These contacts
22   included his cellular telephone number, previous addresses, email addresses, and family
23   member names. The number 206-XXX-5083 is listed in A.M.'s cellular telephone
24   contacts under the name "Aubrey Veechee Taylor."

25         24.    I reviewed text messages on A.M.'s cellular telephone occurring between
26   October 22, 2014, through October 9, 2015. In the text messages, A.M. makes
27   statements indicating that she was present in Wenatchee on October 28, 2014.

28   BLOND AFFIDAVIT (Facebook) /USAO 2015R01233                    UNITED STATES ATTORNEY
    UNITED STATES v. TAYLOR/CR16-300 RSL - 9                    700 STEWART ST., SUITE 5220
                                                      SEATTLE, WASHINGTON 98101
                                                       (206) 553-7970

25.     I also reviewed text messages between A.M. and numbers associated with TAYLOR.  The texts provide details of their prostitution-related activities, including posting advertisements online, prices for specific sex acts, motel and travel information, identification of other women who were working as prostitutes for TAYLOR, and TAYLOR's collection of prostitution proceeds.  In the text exchanges, TAYLOR provides instructions to A.M. on posting advertisements (for herself and others), assists in managing other prostitutes, travel destinations in Washington and Idaho, and transportation to "dates."

26.     Throughout the series of text messages between A.M. and TAYLOR, TAYLOR repeatedly refers to himself as a "pimp" and discusses his "recipe" of pimping. He refers to A.M. as a "bottom."  Based upon my training and experience, I am aware that pimps often use an experienced or primary prostitute, often referred to as a "bottom," who is responsible for training, managing, and monitoring the pimp's other prostitutes. In the text messages between TAYLOR and A.M., TAYLOR complains that A.M. is not doing her "bottom" job properly.  He accuses A.M. of running off "bitches," leading to a loss of income.  In a set of text messages from December 2014, TAYLOR instructs A.M. to take a group of girls to Wenatchee and states that he will take another group to Yakima. TAYLOR and A.M. have text messages which discuss A.M. posting advertisements for the other females.  Later, TAYLOR inquires of A.M. how much money she made in Wenatchee and A.M. provides an earnings report.  TAYLOR further instructs A.M. to collect money from other girls who are "working" (prostituting).

27.     In a November 30, 2014 text exchange between A.M. and TAYLOR, A.M. wrote "I took that underage bitch out of town so you and tashiana had a room to stay at and spend time together and I didn't care I didn't say anything I was my idea that way money could still be made."  This message is consistent with JF1's statement of going to Wenatchee with A.M. while AUBREY remained at a motel in Kent.

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 10

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

28.     On December 8, 2015, TAYLOR was arrested on outstanding warrants. TAYLOR's cellular phone, a black Samsung Galaxy S5 was seized by police at the time of his arrest. It was secured into evidence at the Kent Police Department, and later transferred to the FBI Seattle's evidence control center.

29.     On or about May 4, 2016, a federal arrest warrant was issued by the United States District Court, Western District of Washington, authorizing the arrest of TAYLOR for violations of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

30.     On February 3, 2017, I applied for and obtained a warrant to search the contents of the Samsung Galaxy S5 that was seized at the time of TAYLOR's December 8, 2015 arrest. Pursuant to the search warrant, a forensic examination of the Samsung Galaxy S5 (hereinafter "the Galaxy S5") was subsequently completed. I reviewed the forensic extraction of the Galaxy S5, and based upon the data I reviewed, I concluded that this cell phone had been used by TAYLOR. In addition, the Galaxy S5 had the SUBJECT ACCOUNT installed through the Facebook mobile application. There were 131 Facebook messages associated with the SUBJECT ACCOUNT that were recovered during the forensic extraction.

31.     One conversation occurred on December 8, 2015, between the SUBJECT ACCOUNT and A.B., who was identified as a woman who formerly worked as a prostitute for Taylor. During this conversation, A.B. asked TAYLOR, "boy wtf could you possibly want." TAYLOR responded, "Lol I just sent you a friend request i didn't message you so you can feel free to get back to the money ok." A.B. responded, "My empires already built so watch me sit here on my thrown [sic] and laugh at ya ass." I believe "get back to the money" is TAYLOR's reference to A.B. working for him as a prostitute. I believe her response of "my empires already built" is her resistance to wanting TAYLOR as a pimp.

32.     In April of 2014, prior to TAYLOR's contact with JF1, TAYLOR was under investigation by the Auburn Police Department for Promoting Prostitution.

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 11

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Following the arrest of TAYLOR, detectives with Auburn Police Department obtained a

2  search warrant for TAYLOR's vehicle, in which they found a Samsung Galaxy S3

3  cellular phone. A forensic examination was conducted for the Samsung Galaxy S3. The

4  extraction shows 87 Facebook chats that occurred between the SUBJECT ACCOUNT

5  and numerous woman. I read these messages, which appear to be attempts by TAYLOR

6  to recruit women into prostitution:

7         a.     On April 7, 2014, TAYLOR is engaged in a chat conversation with a

8  woman. Amidst asking if she is single, the woman asks TAYLOR for a "donation."

9  TAYLOR responds: "I'm in a position to make all kinds of donations but I aint no trick if

10  that's where you're going with this ma????" It is known to me that "trick" is an

11  expression used to describe men who pay prostitutes for sex.

12         b.     On March 15, 2014, TAYLOR asks a woman, "Do you love

13  accumulating money?" She responds, "Yea why." In response, TAYLOR wrote,

14  "Because I've been admiring your beauty from a distance for about 2 weeks and I think

15  that if I had a woman as strikingly beautiful as you in my corner that we could

16  accomplish an endless amount of things together, I don't wanna use in no way shape or

17  form I'm just trying to count some racks with you and enjoy life. Do you have a special

18  person of interest in your life or are you single and open to the idea of meeting somebody

19  new." It is known to me that "racks" is an expression used by pimps to describe money.

20         c.     On June 27, 2012, TAYLOR was engaged in conversation with a

21  woman he was acquainted with. The woman asks him about an individual law

22  enforcement later identified as having been trafficking by TAYLOR: "Last I heard of u…

23  u was with [T.C.]. Is that long done?" TAYLOR responded, "Yea dat bitch been fired".

24  I believe the expression "fired" indicates T.C. no longer worked as a prostitute for

25  TAYLOR.

26       33.     On or about February 28, 2017, law enforcement interviewed A.M. A.M.

27  disclosed working as a prostitute for TAYLOR. A.M. further stated she recalled

28  BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
    UNITED STATES v. TAYLOR/CR16-300 RSL - 12

1  TAYLOR used Facebook, and other social media sites, to recruit women into

2  prostitution.  A.M. disclosed she was subjected to physical violence from TAYLOR, and

3  that this violence had occurred for many years.

4      34.    In March 2017, law enforcement interviewed D.K.  In the course of these

5  interviews, D.K. stated that her relationship with TAYLOR began when he sent her

6  flattering messages on Facebook.  (D.K. also stated that years earlier, TAYLOR had sent

7  text messages to a number she had listed on a Backpage.com prostitution advertisement,

8  but she did not respond to him.)  D.K. stated that she and TAYLOR began dating after he

9  sent her a message on Facebook, and that soon after that, he began recruiting her to work

10  for him as a prostitute.  D.K. was aware of another woman who TAYLOR physically

11  assaulted, but did not recall her name.  D.K. said that she saw conversations regarding

12  these acts of violence, which occurred between TAYLOR and the woman, in TAYLOR's

13  Facebook messenger.  D.K. also recalled TAYLOR's Facebook profile contained the

14  name "Young Uno."

15      35.    On August 10, 2017, A.M. told law enforcement that TAYLOR had

16  communicated with victim L.C. through Facebook.  A.M. said that as a result of their

17  correspondence on Facebook, L.C. eventually began working for TAYLOR as a

18  prostitute in exchange for drugs.

19      36.    Law enforcement later interviewed L.C.  L.C. stated that she had known

20  TAYLOR for a long time, but that they had reconnected either through text message or

21  through Facebook messenger.  L.C. disclosed that while she was addicted to heroin,

22  TAYLOR recruited her to work for him as a prostitute.  According to L.C., TAYLOR

23  told her that he would provide her with heroin daily if she would work as a prostitute and

24  provide him with her earnings.

25      37.    In my review of the forensic extraction of TAYLOR's Galaxy S5, I found a

26  series of messages, sent from 2012 through 2013, between the SUBJECT ACCOUNT

27  and an account belonging to L.C.  In one of these messages, dated October 24, 2013, the

28  BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
   UNITED STATES v. TAYLOR/CR16-300 RSL - 13

1  SUBJECT ACCOUNT sends a message to L.C. stating "[w]anna come fuck wit me n

2  [A.M.] call her 206349[XXXX] n tell u wanna make some money." Based upon my

3  training and experience, I am aware that individuals involved in the commercial sex

4  industry often use the phrases "fuck wit me" and "make some money" to indicate a

5  person agreeing to work for a pimp as a prostitution and to provide him with her

6  earnings.

7        38.    On February 5, 2018, law enforcement interviewed an individual named

8  S.C. During the course of that interview, S.C. stated that she had worked as a prostitute

9  for TAYLOR and provided him with all her earnings. S.C. stated that TAYLOR had

10  recruited her by sending her flattering messages from his Facebook account. S.C. soon

11  agreed to meet up with TAYLOR, at which point he took her to another city to work for

12  him as a prostitute.

13        39.    The SUBJECT ACCOUNT was preserved by Facebook Inc. from March

14  30, 2017 through August 27, 2017, when that request expired. The SUBJECT

15  ACCOUNT was preserved again by Facebook Inc. on January 3, 2018, which is still

16  active.

17  <center>**BACKGROUND RELATED TO FACEBOOK SERVICES**</center>

18        40.    Facebook owns and operates a free-access social networking website of the

19  same name that can be accessed at http://www.facebook.com. Facebook allows its users

20  to establish accounts with Facebook, and users can then use their accounts to share

21  written news, photographs, videos, and other information with other Facebook users, and

22  sometimes with the general public.

23        41.    Facebook asks users to provide basic contact and personal identifying

24  information to Facebook, either during the registration process or thereafter. This

25  information may include the user's full name, birth date, gender, contact e-mail

26  addresses, Facebook passwords, Facebook security questions and answers (for password

27  retrieval), physical address (including city, state, and zip code), telephone numbers,

28  BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
    UNITED STATES v. TAYLOR/CR16-300 RSL - 14

1  screen names, websites, and other personal identifiers.  Facebook also assigns a user
2  identification number to each account.  In my training and experience, such information
3  may constitute evidence of the crimes under investigation because the information can be
4  used to identify the account's user or users, to locate them, and to help establish who has
5  dominion and control over the account.

6      42.    Facebook users may join one or more groups or networks to connect and
7  interact with other users who are members of the same group or network.  Facebook
8  assigns a group identification number to each group.  A Facebook user can also connect
9  directly with individual Facebook users by sending each user a "Friend Request."  If the
10  recipient of a "Friend Request" accepts the request, then the two users will become
11  "Friends" for purposes of Facebook and can exchange communications or view
12  information about each other.  Each Facebook user's account includes a list of that user's
13  "Friends" and a "News Feed," which highlights information about the user's "Friends,"
14  such as profile changes, upcoming events, and birthdays.  A Facebook user's groups and
15  friends list may also constitute evidence of the crimes under investigation, because the
16  information can be used to identify the account's user or users and may also assist in
17  identifying co-conspirators.

18      43.    Facebook users can select different levels of privacy for the
19  communications and information associated with their Facebook accounts.  By adjusting
20  these privacy settings, a Facebook user can make information available only to himself or
21  herself, to particular Facebook users, or to anyone with access to the Internet, including
22  people who are not Facebook users.  A Facebook user can also create "lists" of Facebook
23  friends to facilitate the application of these privacy settings.  Facebook accounts also
24  include other account settings that users can adjust to control, for example, the types of
25  notifications they receive from Facebook.

26      44.    Facebook users can create profiles that include photographs, lists of
27  personal interests, and other information.  Facebook users can also post "status" updates

28  BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
    UNITED STATES v. TAYLOR/CR16-300 RSL - 15

about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, photographs and links that will typically be visible to anyone who can view the user's profile (subject to the privacy settings selected by the account user). This type of information may also constitute evidence of the crimes under investigation to the extent this information may help identify the account user and co-conspirators and may also be used to help locate the account user.

45.     Facebook has a Photos application, where users can upload an unlimited number of albums and photos. Another feature of the Photos application is the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos associated with a user's account will include all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

46.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature known as Facebook messenger that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. The

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 16

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

content of a user's Facebook messenger history may contain communications relevant to the crimes under investigation and may also help confirm the identity of the account holder and any co-conspirators. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

47.    If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

48.    Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages. These likes may constitute evidence of the crimes under investigation to the extent they reveal interest in pimping or prostitution.

49.    Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

50.    Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

51.    In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

52.    Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 17

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

53.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

54.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

55.     Based upon my training and experience, all of these types of information may be evidence of the crime of Sex Trafficking of a Juvenile or Through Force, Fraud, and Coercion.  Stored communications including Facebook messenger chats not only may contain communications relating to crimes, but also help identify and locate the participants in those crimes.  Group lists and friend lists may help identify co-

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 18

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conspirators.  Similarly, photographs and videos may help identify and locate the account holder and any co-conspirators.  Search and browsing history can also be extremely useful in identifying those using anonymous online accounts and may also constitute direct evidence of the crime of sex trafficking to the extent the browsing history or search history might include searches and browsing history related to prostitution or attempts to recruit potential victim.

56.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

57.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

58.     Based on the foregoing, I believe there is probable cause that evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 1591 (Sex Trafficking of Minors or through Force, Fraud, and Coercion) will be found in the SUBJECT ACCOUNT, as more fully described in Attachment A to this Affidavit.  I therefore request that the Court issue the proposed search warrant.  This Court has jurisdiction to issue the requested warrant because it is "a court of competent

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 19

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) &

2  (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that - has

3  jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).  Pursuant to

4  18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the

5  service or execution of this warrant.  Accordingly, by this Affidavit and Warrant I seek

6  authority for the government to search all of the items specified in Section I, Attachment

7  B (attached hereto and incorporated by reference herein) to the Warrant, and specifically

8  to seize all of the data, documents and records that are identified in Section II to that

9  same Attachment.

10

11          Dated this _____ day of February, 2018.

12

13          _____
            Sara Blond, Affiant

14          Special Agent
            Federal Bureau of Investigation

15

16  SUBSCRIBED and SWORN to before me this _____ day of February, 2018.

17

18

19          _____
            MARY ALICE THEILER

20          United States Magistrate Judge

21

22

23

24

25

26

27

28  BLOND AFFIDAVIT (Facebook) /USAO 2015R01233          UNITED STATES ATTORNEY
    UNITED STATES v. TAYLOR/CR16-300 RSL - 20            700 STEWART ST., SUITE 5220
                                                         SEATTLE, WASHINGTON 98101
                                                         (206) 553-7970

## **ATTACHMENT A**
## **ACCOUNTS TO BE SEARCHED**

This warrant applies to information associated with the Facebook user Facebook account 10003841782510 ( "SUBJECT ACCOUNT") that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 21

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B

## I.      Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each SUBJECT ACCOUNT listed in Attachment A:

a.      All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

b.      All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c.      All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

d.      All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

e.      All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 22

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       f.     All "check ins" and other location information;

2       g.     All IP logs, including all records of the IP addresses that logged into the

3 account;

4       h.     All records of the account's usage of the "Like" feature, including all

5 Facebook posts and all non-Facebook webpages and content that the user has "liked";

6       i.     All past and present lists of friends created by the account;

7       j.     All records of Facebook searches performed by the account;

8       k.     The length of service (including start date), the types of service utilized by

9 the user, and the means and source of any payments associated with the service

10 (including any credit card or bank account number);

11       l.     All privacy settings and other account settings, including privacy settings

12 for individual Facebook posts and activities, and all records showing which Facebook

13 users have been blocked by the account;

14       m.     All records pertaining to communications between Facebook and any

15 person regarding the user or the user's Facebook account, including contacts with support

16 services and records of actions taken.

17       n.     A list of any accounts linked to the SUBJECT ACCOUNT by machine

18 cookie.

19      **II.    Information to be seized by the government**

20 All information described above in Section I that constitutes fruits, contraband, evidence

21 and instrumentalities of violations of Title 18, United States Code, Section 1591 (Sex

22 Trafficking of a Juvenile or Through Force, Fraud, and Coercion), including the

23 following:

24       a.     Any and all Wall Posts, Timeline Posts, private messages, status updates,

25 chat history, friend requests, or other information suggesting that AUBREY TAYLOR is

26 involved in prostitution, sex trafficking, or witness intimidation or witness tampering;

27

28 BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 23

b.      Any and all photographs, including photographs posted by AUBREY TAYLOR or by other persons, suggesting that AUBREY TAYLOR is involved in prostitution, sex trafficking, or witness intimidation or witness tampering;

c.      Any and all IP logs, including all records of the IP addresses that logged into the account, and the dates and times such logins occurred, suggesting that AUBREY TAYLOR traveled within or outside the Western District of Washington to conduct prostitution or sex trafficking;

d.      Any and all photographs, including photographs posted by AUBREY TAYLOR or by other persons, suggesting that AUBREY TAYLOR traveled within or outside the Western District of Washington to conduct prostitution or sex trafficking; and

e.      Any and all Wall Posts, Timeline posts, private messages, status updates, chat history, friend requests, or other information, and any and all photographs, including photographs posted by AUBREY TAYLOR or other persons, suggesting that AUBREY TAYLOR used Facebook to recruit individuals to prostitute for him, or to intimidate or tamper with victims or potential witnesses; and

f.      Records relating to who created, used, or communicated with the SUBJECT ACCOUNT, including records about their identities and whereabouts.

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 24

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
# RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____ , attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, and my official title is _____ . I am a custodian of records for Facebook. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.     all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.     such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

c.     such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

BLOND AFFIDAVIT (Facebook) /USAO 2015R01233
UNITED STATES v. TAYLOR/CR16-300 RSL - 25

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970